UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**QUINTAVIA PARRISH,**

      **Plaintiff,**

v.                                    Case No:   6:20-cv-567-Orl-41GJK

**OC FLASH DANCERS LLC, WILLIAM
SIERER and JOHN DOE,**

      **Defendants.**
_____

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                    _____
                    _____
                    _____
                    _____

__X__   IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: April 16, 2020

/*s*/ *Raymond R. Dieppa*
Counsel of Record or *Pro Se* Party
14 Northwest 1st Avenue, Suite 1001, Miami, Florida 33132