UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

QUINTAVIA PARRISH a/k/a
JUICY,

        Plaintiff,

v.                                           Case No.  6:20-cv-567-Orl-41GJK

OC FLASH DANCERS, LLC and
WILLIAM SIERER, and JOHN
DOE,

        Defendants.

_____

ORDER

This cause came on for consideration, without oral argument, on the following motion:

> **MOTION:** RENEWED MOTION TO STAY THE CASE AND WITHDRAW AS COUNSEL AS TO DEFENDANT, WILLIAM SIERER (Doc. No. 38)
>
> **FILED:** January 6, 2021
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**.

This is a Fair Labor Standards Act case.  Doc. No. 1.  On December 18, 2020, Defendants OC Flash Dancers LLC ("OC Flash Dancers") and William Sierer's counsel, Jesse I. Unruh, Esq. filed an unopposed motion to withdraw as

counsel and for a stay. Doc. No. 35. On December 22, 2020, this Court denied the request for a stay, advised counsel he could file a renewed motion as to Sierer at any time with appropriate contact information, and directed OC Flash Dancers to retain substitute counsel on or before January 12, 2021 or its pleadings would be stricken. Doc. No. 36. Counsel was advised he could renew his motion to withdraw as to OC Flash Dancers either when substitute counsel filed a notice of appearance, or after January 12, 2021, whichever was earlier. *Id.*

On January 6, 2021, counsel filed a Renewed Motion to Stay the Case and Withdraw as Counsel for Sierer. Doc. No. 38. In addition to seeking withdrawal as counsel for Sierer, counsel requests a stay up to and including January 19, 2021. *Id.* at 3. Counsel has complied with Local Rule 2.03(b) and neither Sierer nor opposing counsel object to the withdrawal. *Id.* The Motion contains no factual or legal support for the stay that is requested. Accordingly, the Court finds a stay would be contrary to the administration of justice.

It is **ORDERED** that the Motion (Doc. No. 38) is **GRANTED in part** and **DENIED in part** as follows:

1. Jesse I. Unruh, Esq. of Spire Law, LLC, is granted leave to withdraw as counsel for William Sierer;

2. **Counsel shall immediately serve Sierer with a copy of this order and file a notice with the Court certifying that Sierer has been served with same**;

3. Defendant Sierer may retain substitute counsel at any time, but the Court will not delay the progress of this case. Until such time as Sierer retains substitute counsel, Sierer shall proceed *pro se*;

4. Until such time as Sierer retains substitute counsel, all future filings and papers in this case shall be served on Sierer at the following address:

    William Sierer
    5013 Legacy Oaks Drive
    Orlando, Florida 32839

5. As a *pro se* litigant, Sierer is subject to the same law and rules of court as litigants who are represented by counsel, including the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of the United States District Court for the Middle District of Florida (the "Local Rules").[1] *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989);

---

[1] All filings with the Court must be made in accordance with the Federal Rules of Civil Procedure and the Local Rules. The Local Rules are available for review on the public website for the Middle District Court of Florida at www.flmd.uscourts.gov and a copy may be obtained by visiting the Clerk's office. The Federal Rules of Civil Procedure are generally available for review at public libraries throughout the country and in the law libraries of state and federal courthouses.

6. This order does not affect any of the deadlines in this case including the parties' obligation to file a case management report by January 19, 2021. Doc. Nos. 24, 34, 36. The parties must comply with the deadlines set forth therein;

7. This order shall not be good cause to extend any deadlines in this case;

8. Sierer shall keep the Court and opposing counsel apprised of his current residential mailing address. If Sierer's address changes, for any reason, he shall <u>immediately</u> provide the Clerk, the Court, and opposing counsel with written notice of his new residential mailing address where he may be served with process, pleadings, motions, responses, or other papers in this case; and

9. The Motion is otherwise **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties